UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GUILLE REYNOSO,<br><br>    Plaintiff,<br><br>v.<br><br>GATEWAY MORTGAGE GROUP, LLC,<br><br>    Defendant. | Case No. 5:17-cv-06616-HRL<br><br>**ORDER DENYING WITHOUT PREJUDICE APPLICATIONS FOR ADMISSION OF ATTORNEYS PRO HAC VICE**<br><br>Re: Dkt. Nos. 10, 11 |

Keith A. Wilkes and Harrison M. Kosmider move for admission pro hac vice. Counsel wishing to appear pro hac vice in this district must have co-counsel who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Civ. L.R. 11-3(a)(3). The applicants identify co-counsel who has not been found on the membership rolls of the bar of this Court. Accordingly, the applications for appearance in pro hac vice are denied, without prejudice to renew the requests in compliance with Civil Local Rule 11-3.

SO ORDERED.

Dated: December 18, 2017

HOWARD R. LLOYD
United States Magistrate Judge