UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLE REYNOSO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GATEWAY MORTGAGE GROUP, LLC, and DOES 1 to 50, inclusive,<br><br>　　　　　Defendants. | CASE NO. 5:17-cv-06616-EJD<br><br>[PROPOSED] ORDER RESETTING PRIVATE ADR DEADLINE |

Upon Defendant's Motion to Reset Private ADR Deadline [Doc. No. 28], the Court finds that good cause has been shown to reset the deadline and that said Motion should be, and is hereby GRANTED. The May 9, 2018, deadline for private ADR is hereby STRICKEN. The parties shall hold the ADR session by the _7th_ day of __September__, 2018.

SO ORDERED this _15th_ day of __March__, 2018.

_____
HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

ORDER SUBMITTED BY:

DLA PIPER LLP (US)
PANKIT J. DOSHI, Cal. Bar No. 231369
pankit.doshi@dlapiper.com
PHILIP SHECTER, Cal. Bar No. 300661
philip.shecter@dlapiper.com
555 Mission Street, Suite 2400
San Francisco, California 94105-2933
Telephone:　415.836.2500
Facsimile:　　415.836.2501

NEWTON O'CONNOR TURNER & KETCHUM PC
KEITH A. WILKES, appearance *pro hac vice*
kwilkes@newtonoconnor.com
HARRISON M. KOSMIDER, appearance *pro hac vice*
hkosmider@newtonoconnor.com
2700 Bank of America Center
15 West Sixth Street
Tulsa, Oklahoma 74119
Telephone: 918.587.0101
Facsimile: 918.587.0102

Attorneys for Defendant
GATEWAY MORTGAGE GROUP, LLC